

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2017

No. 04-17-00102-CV

**IN THE INTEREST OF A.D.S. AND J.P.S.,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00151
Honorable Richard Garcia, Judge Presiding

## O R D E R

      Appellant's brief in this appeal from an order terminating parental rights was filed on April 26, 2017. The appendix includes an unredacted copy of the trial court's Order of Termination that identifies the minor children by name and discloses their dates of birth. The Texas Rules of Appellate Procedure prohibit the filing of appendix items that disclose a minor's name or date of birth, and the rules require that such information be redacted before filing. *See* TEX. R. APP. P. 9.8(b)(1); 9.9(a)-(c).

      We therefore strike appellant's brief and order the brief and appendix, appropriately redacted, be refiled by **May 4, 2017.**

Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2017.

Keith E. Hottle
Clerk of Court